UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
AMADO JOEL CUNAS HURTADO,

                       Petitioner,

               -against-                                    25-cv-9172 (LAK)

KENNETH GENALO, NYC Director Enforcement and
Removal Operations Immigration and Customs Enforcement
(ICE); et al.

                       Respondents.
------------------------------------------x

## ORDER EXTENDING
## TEMPORARY RESTRAINING ORDER

LEWIS A. KAPLAN, *District Judge.*

        On November 4, 2025, the Court entered, a temporary restraining order enjoining respondents from transferring petitioner to any location outside the Southern District of New York or the District of New Jersey (the "TRO"). Petitioner's habeas application remains pending, and the Court has ordered respondents to show cause, on December 2, 2025, at 10:00 a.m., why a preliminary injunction requiring respondents to release petitioner unless he is afforded a bond hearing within seven days should not issue. It therefore is hereby

        **ORDERED**, that the TRO hereby is extended until the earlier of (a) a further order of the Court and (b) 11:59 p.m. on December 2, 2025.

        SO ORDERED.

Dated:      November 18, 2025
Issued at:   10:40 p.m.

                                                                  Lewis A. Kaplan
                                                  United States District Judge