UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------x
AMADO JOEL CUNAS HURTADO,

                        Petitioner,

        -against-                                                    25-cv-9172 (LAK)

KENNETH GENALO, in his official capacity as Director of
New York Field Office, Enforcement and Removal Operations,
U.S. Immigration and Customs Enforcement; TODD M.
LYONS, in his official capacity as Acting Director, U.S.
Immigration and Customs Enforcement; PAMELA BONDI, in
her official capacity as Attorney General, U.S. Department of
Justice; KRISTI NOEM, in her official capacity as Secretary,
U.S. Department of Homeland Security,

                        Respondents.
---------------------------------------------x

## JUDGMENT

Petitioner having filed a petition for a writ of habeas corpus asserting that his arrest and detention by respondents was and remains unlawful and a motion for a temporary restraining order and a no-transfer injunction; the respondents having filed a response to the petition and papers in opposition to the petition and the other applications; the Court having considered and received in evidence all of parties submissions, the parties all having consented to the consolidation of hearing on the motions with the hearing on the petition and the trial on the merits; and the Court having rendered its decision, including its findings of fact and conclusions of law, it is hereby

**ORDERED, ADJUDGED AND DECREED** as follows:

1.      Petitioner shall be released from custody immediately.  Pending a final determination of his removal proceedings, he shall remain free of detention or any other restraint under the immigration laws of the United States to which he was not subject upon his release on his own recognizance in January 2024.

2.      Respondents, at or before 4:00 p.m. on December 3, 2025, shall file an affidavit or declaration attesting to the fact of petitioner's release in compliance with this judgment.

Dated:      December 2, 2025
Issued at:      ___3:75___ p.m.

                                                _____
                                                Lewis A. Kaplan
                                                United States District Judge