UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/9/2026
```

Amado Joel Cunas Hurtado

        Petitioner,

v.

Kenneth Genalo, NYC Director Enforcement
& Removal Operations Immigration and
Customs Enforcement (ICE), et al.,

        Respondents.

**25-cv-09172-LAK**
ORDER

This case was filed with the Court on November 4, 2025, and inadvertently assigned a nature of suit code 540 Mandamus & Other.

Upon further review, the Court has determined this is not a petition for writ of mandamus, but rather a petition for habeas corpus.

A Notice of Appeal, filed on February 2, 2026, was transmitted to the United States Court of Appeals for the Second Circuit based upon this inaccurate information.

It is hereby ORDERED that the Clerk of Court shall correct the court record for this case to reflect a cause of Petition for Habeas Corpus and a nature of suit code 463 Alien Detainee and re-transmit the Notice of Appeal to the United States Court of Appeals for the Second Circuit.

SO ORDERED.

Dated: February 9, 2026
      New York, New York

_____
LEWIS A. KAPLAN
United States District Judge